Eastern District of Texas - Texarkana Division, Texas
500 N STATE LINE AVE TEXARKANA TX 75501

CASE #: 5:18-CV-00098

JOE HAND PROMOTIONS, INC.

Plaintiff
vs
MI CASITA SOCIAL CLUB, INC., D/B/A MI CASITA SOCIAL CLUB AND D/B/A MI CASITA MEXICAN RESTAURANT, BLANCA E GARCIA, AGUSTIN VALLE AND SANDRA R RAMIREZ

Defendant

## AFFIDAVIT OF SERVICE

I, **BILL MCNUTT**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on ___8-11-18___, Time: __10:00__ A.M instructing for same to be delivered upon Mi Casita Social Club, Inc., D/B/A Mi Casita Social Club, And D/B/A Mi Casita Mexican Restaurant By Delivering To Its Registered Agent Blanca E. Garcia.

| | |
|---|---|
| That I delivered to | : Mi Casita Social Club, Inc., D/B/A Mi Casita Social Club, And D/B/A Mi Casita Mexican Restaurant By Delivering To Its Registered Agent Blanca E. Garcia. |
| the following | : SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET. |
| at this address | : 300 SE Access Rd Mount Vernon, Titus County, Tx 75457 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Saturday August 11, 2018 3:01 pm |

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing paper are true and correct.
EXECUTED BY:

_____
BILL MCNUTT
Texas Certification#: PSC-2322 Exp. 11/30/2018

On this day BILL MCNUTT appeared before me, a notary public, and being duly sworn by me stated that he/she has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therein are true and correct. Given my hand and seal of office this __14__ day of __August__ 2018.

PCP Inv#: A18801503

Reference : JHP-18-15-MI CASITA

_____
NOTARY PUBLIC

dinao

+ Service Fee: 125.00
  Witness Fee:    .00
  Mileage Fee:    .00
  King, Jamie

RETURN TO CLIENT

eaffidavits@pcpusa.net


KAREN MCNUTT
Notary Public State of Texas
My Commission# 12102422
My Comm. Exp. Sep 14, 2020

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Joe Hand Promotions, Inc.,
*Plaintiff(s)*

v.    Civil Action No. 5:18-cv-00098

Mi Casita Social Club, Inc., et al.,
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MI CASITA SOCIAL CLUB, INC.,
d/b/a MI CASITA SOCIAL CLUB and
d/b/a MI CASITA MEXICAN RESTAURANT
By serving its Registered Agent, Blanca E. Garcia
615 W. IH 30
Mount Vernon, Texas 75457

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jamie King
Jamie King, P.C.
P.O. Box 5757
Kingwood, Texas 77325

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/1/18

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:18-cv-00098

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: